**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>JAMES ALLEN SPARKS,<br>Defendant | Case No.: 2:04-cr-00099-PMP-PAL<br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on September 1, 2004 (ECF 23). Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

IT IS ORDERED that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:** WELLS FARGO BANK

**Restitution Amount:** $1,308.00

**Total Amount of Restitution ordered: $1,308.00***

**The total restitution amount does not include any payments receipted by the court.*

DATED this 21st day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE